# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLAMP,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01625-SAB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STAY ACTION DUE TO INABILITY TO PRODUCE ADMINISTRATIVE RECORD IN LIGHT OF COVID-19 PUBLIC HEALTH EMERGENCY<br><br>(ECF No. 12) |

Plaintiff Michael Clamp ("Plaintiff") filed this action on November 12, 2019. (ECF No. 1.) On December 11, 2019, the summons and complaint were served on Defendant. (ECF No. 10.) Therefore, Defendant was required to file the certified transcript of the record ("Administrative Record") in this matter on or before April 9, 2020.[1] (ECF No. 7.) On April 8, 2020, Defendant filed a motion to stay this action until such time as Defendant regains the capacity to produce the Administrative Record. (ECF No. 12.)

According to the filing and attached declaration, due to the COVID-19 health emergency, the Social Security Administration ("SSA") has suspended in-office services, and specifically, the emergency has impacted the operations in the SSA's Office of Appellate Operation in Falls

---

[1] "As part of the Commissioner's answer the Commissioner of Social Security shall file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based. The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

Church Virginia. (ECF No. 12; Decl. Christianne Voegelle Support Def's Mot. Stay Proceedings ("Voegelle Decl.") ¶ j, ECF No. 12-1.) Consequently, Defendant is presently unable to complete production of the Administrative Record. (Id.) When Defendant regains the ability to prepare Administrative Records, prioritization will be given to prepare the Administrative Records based on date, with the oldest receipts to be processed first. (Id.) The Court finds good cause to grant the stay of this action until the time Defendant regains the ability to produce the Administrative Record.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is STAYED until such time Defendant regains the capacity to produce and files the Administrative Record in this action;
2. The stay of this matter shall automatically lift upon the Defendant's filing of the Administrative Record; and
3. If the Administrative Record is not filed within ninety (90) days of issuance of this order, Defendant shall file a status report that describes the status of Defendant's ability to produce the Administrative Record, and specifies the amount of additional time needed to complete and file the Administrative Record.

IT IS SO ORDERED.

Dated: **April 9, 2020**

UNITED STATES MAGISTRATE JUDGE