# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLAMP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01625-SAB<br><br>ORDER ADVISING PARTIES OF THE LIFTING OF THE STAY OF THIS ACTION<br><br>(ECF Nos. 13, 14) |

Plaintiff Michael Clamp ("Plaintiff") filed this action on November 12, 2019. (ECF No. 1.) On April 8, 2020, Defendant filed a motion to stay this action until such time as Defendant regains the capacity to produce the Administrative Record, due to the COVID-19 public health emergency. (ECF No. 12.) On April 9, 2020, the Court issued an order granting the Defendant's motion to stay and specifying that the stay would automatically lift upon the filing of the administrative record. (ECF No. 13.) On June 17, 2020, Defendant filed the Administrative Record. (ECF No. 14.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

1          Accordingly, the parties are HEREBY NOTIFIED that the stay of this matter has been
2 lifted with the filing of the Administrative Record.  Further, IT IS HEREBY ORDERED that the
3 parties shall proceed according to the scheduling guidelines contained within the scheduling
4 order issued on December 4, 2019.  (ECF No. 7.)

IT IS SO ORDERED.

Dated:   **June 18, 2020**

UNITED STATES MAGISTRATE JUDGE