1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                          **EASTERN DISTRICT OF CALIFORNIA**

6                                  **FRESNO DIVISION**

7

8   MICHAEL CLAMP,                              )   Case No.: 1:19-cv-01625-SAB
                                                )
9                   Plaintiff,                  )   ORDER RE STIPULATION FOR AN
                                                )   EXTENSION OF TIME
10          vs.                                 )
                                                )   (ECF No. 17)
11  COMMISSIONER OF SOCIAL SECURITY,            )
                                                )
12                                              )
                    Defendant.                  )
13                                              )

14          On August 14, 2020, the parties filed a stipulation for an extension of time for Defendant

15  to respond to Plaintiff's settlement letter.

16          Pursuant to the parties' stipulation and finding good cause, IT IS SO ORDERED that:

17          1.      Defendant shall have serve a response to Plaintiff's settlement letter on or before

18                  September 17, 2020;

19          2.      Plaintiff's opening brief shall be filed on or before October 19, 2020;

20          3.      Commissioner's responsive brief shall be filed on or before November 19, 2020;

21                  and

22          4.      Plaintiff may file a reply brief on or before December 4, 2020.

23

24  IT IS SO ORDERED.

25  Dated:    **August 14, 2020**        _____

26                                       UNITED STATES MAGISTRATE JUDGE

27

28

                                                  1