1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL CLAMP,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01625-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT<br><br>(ECF No. 19) |

Plaintiff Michael Clamp ("Plaintiff") filed this action on November 12, 2019, seeking review of the final decision of the Commissioner of Social Security denying his application for benefits. On August 25, 2020, a stipulation for voluntary remand this matter for further proceedings pursuant to the Social Security Act §205(g), as amended, 42 U.S.C. § 405(g), sentence four was filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act §205(g), as amended, 42 U.S.C. § 405(g), sentence four.

2. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

3. Judgment is entered in favor of Plaintiff Michael Clamp and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **August 25, 2020**

UNITED STATES MAGISTRATE JUDGE