# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLAMP, | Case No. 1:19-cv-01625-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 22) |

Plaintiff Michael Clamp filed a complaint seeking review of the final decision of the Commissioner of Social Security denying his application for disability benefits.  On August 25, 2020, the matter was voluntarily remanded for further proceedings at the stipulation of the partiers.  On October 22, 2020, a stipulation for the award of attorney fees and expenses was filed.[1]

IT IS HEREBY ORDERED that that fees and expenses in the amount of one thousand six hundred fifty dollars and eighty two cents ($1,650.82) as authorized by 28 U.S.C. § 2412 are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **October 22, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation was filed on the docket as "motion for attorney fees."  Counsel is admonished to select the correct event, which in this case would be stipulation for attorney fees, when filing a stipulation.